# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| **DAVID VEJIL,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **No. PE:21-CV-00084** |
| | § | |
| **WILLIAM W. BASNETT,** | § | |
| *Defendant*. | § | |

## ORDER

BEFORE THE COURT is Mediator's ADR Report (Doc. 29) filed January 31, 2023, indicating this case has settled.  Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **THIRTY (30)** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 2nd day of February, 2023.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE