IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| DAVD VEJIL, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | NO. PE:21-CV-00084 |
| § | | |
| WILLIAM W. BASNETT, § | | |
| *Defendant.* § | | |

**FINAL ORDER OF DISMISSAL**

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a) and the Plaintiff's Motion to Dismiss with Prejudice (Doc. 31) filed March 1, 2023.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 3rd day of March, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE